United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18485-elf
Siaka Ouattara                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1              Date Rcvd: Jan 11, 2017
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db              Siaka Ouattara,    2224 Amber Street,    Philadelphia, PA   19125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. Bank National Association, asTrustee for
               Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
               paeb@fedphe.com
              MICHAEL A. CATALDO2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Siaka Ouattara
    (DEBTOR) : Bankruptcy No. 16-18485ELF13

### O R D E R

AND NOW, this 10th day of January, 2017 upon consideration of the Debtor's Motion to Avoid Judicial Lien of Original New Hope Pizza, Inc.

It is ordered that the Motion is **GRANTED**. The Judicial Lien in the amount of $57,456.55 against Debtor's residence 2224 Amber Street, Philadelphia, PA held by Original New Hope Pizza, Inc. pursuant to the judgment entered entered on November 27, 2007 in Philadelphia County Civil Action 071101893 is **AVOIDED** upon entry of the Debtor's bankruptcy discharge.

**Order entered by default.**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**