United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-18485-elf
Siaka Ouattara                                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Jan 11, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
db             Siaka Ouattara,    2224 Amber Street,    Philadelphia, PA   19125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. Bank National Association, asTrustee for
               Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
               paeb@fedphe.com
              MICHAEL A. CATALDO2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Siaka Ouattara
    (DEBTOR) : Bankruptcy No. 16-18485ELF13

**O R D E R**

AND NOW, this 10th day of January, 2017 upon consideration of the Debtor's Motion to Avoid Judicial Lien of Discover Bank,

It is ordered that the Motion is **GRANTED**. The Judicial Lien in the amount of $10,105.00 against the Debtor's residence 2224 Amber Street, Philadelphia, PA 19125, held by Discover Bank pursuant to Philadelphia Civil Action SC-08-05-16-5201 entered on July 18, 2008 is **AVOIDED** upon entry of the Debtor's bankruptcy discharge.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**