**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Siaka Ouattara | | |
| DEBTOR | : | BKY. NO.   16-18485ELF13 |

**ORDER**

AND NOW, this  23rd  day of  May , 2017 upon consideration of Debtor's Motion to Approve Personal Injury Settlement and Distribution of Funds to Debtor,

It is **ORDERED** that the Motion is **GRANTED**.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**