United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18485-elf
Siaka Ouattara                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1            Date Rcvd: May 24, 2017
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db          Siaka Ouattara,    2224 Amber Street,    Philadelphia, PA   19125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. Bank National Association, asTrustee for
               Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
              JEREMY JOHN KOBESKI    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin
               Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Siaka Ouattara | | |
| DEBTOR | : | BKY. NO.   16-18485ELF13 |

**ORDER**

AND NOW, this   23rd   day of   May  , 2017 upon consideration of Debtor's Motion to Approve Personal Injury Settlement and Distribution of Funds to Debtor,

It is **ORDERED** that the Motion is **GRANTED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**