United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Siaka Ouattara   
       Debtor

Case No. 16-18485-elf   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jun 22, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db         Siaka Ouattara,    2224 Amber Street,    Philadelphia, PA   19125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:

         BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com  
         JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com  
         MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com,    igotnotices@ccpclaw.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                        TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Siaka Ouattara<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE<br>Movant<br>vs. | NO. 16-18485 ELF |
| Siaka Ouattara<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

**ORDER**

AND NOW, this 21st day of June, 2017 upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4446 North 4th Street, Philadelphia, PA 19140 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Siaka Ouattara
2224 Amber Street
Philadelphia, PA 19125

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532