**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: SIAKA OUATTARA,<br>　　　　　　　　Debtor(s). | Case No. 16-18485ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___7th___ day of ___August___, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED** that counsel fees in the amount of **$5,000.00** are **ALLOWED** and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided by the confirmed Chapter 13 plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**