## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Siaka Ouattara<br>    Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee,<br>in trust for registered Holders of Long Beach Mortgage<br>Loan Trust 2006-WL2, Asset-Backed Certificates,<br>Series 2006-WL2<br>    Movant<br> vs. | NO. 16-18485 ELF |
| Siaka Ouattara<br>    Debtor | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>    Trustee | |

### ORDER

AND NOW, this 12th day of September, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 3338 E Street, Philadelphia, PA 19134 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**