United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Siaka Ouattara
    Debtor

Case No. 16-18485-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Sep 12, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db        Siaka Ouattara,    2224 Amber Street,    Philadelphia, PA   19125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
       DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
       JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com
       JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com
       MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. paeb@fedphe.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
       MICHAEL A. CATALDO2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor Siaka   Ouattara ecf@ccpclaw.com, igotnotices@ccpclaw.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                     TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Siaka Ouattara<br>　　　　　　Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee,<br>in trust for registered Holders of Long Beach Mortgage<br>Loan Trust 2006-WL2, Asset-Backed Certificates,<br>Series 2006-WL2<br>　　　　　　Movant<br>　　vs.| NO. 16-18485 ELF |
| Siaka Ouattara<br>　　　　　　Debtor | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this 12th day of September, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 3338 E Street, Philadelphia, PA 19134 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**