IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SIAKA OUATTARA<br>**Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | CASE NO. 16-18485 (ELF)<br>HEARING DATE: **10-16-18 at 9:30 AM** |
| v. | |
| SIAKA OUATTARA<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2016 Toyota Corolla** bearing vehicle identification number 5YFBURHE2GP477661 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

**Order entered by default.**

Dated: 10/16/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**