United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18485-elf
Siaka Ouattara                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi            Page 1 of 1          Date Rcvd: Oct 17, 2018
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db          +Siaka Ouattara,   2224 Amber Street,    Philadelphia, PA 19125-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, asTrustee for
           Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
           Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
          JAMES P. SHAY    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al...
           james.shay@phelanhallinan.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
           Al... paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
           Al... paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
           paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
           in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
           Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com, igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
           Al... bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin
           Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SIAKA OUATTARA ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 16-18485 (ELF) |
| **Moving Party** ) | |
| ) | HEARING DATE: **10-16-18 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | |
| ) | 11 U.S.C. 362 |
| SIAKA OUATTARA ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| _____ ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2016 Toyota Corolla** bearing vehicle identification number 5YFBURHE2GP477661 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

**Order entered by default.**

Dated: 10/16/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**