Certificate Number: 16339-PAE-DE-028470709

Bankruptcy Case Number: 16-18485



16339-PAE-DE-028470709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 29, 2016, at 9:24 o'clock PM EST, Siaka Ouattara completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 9, 2016          By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor