Certificate Number: 16339-PAE-DE-032077162

Bankruptcy Case Number: 16-18485



16339-PAE-DE-032077162

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2016, at 10:02 o'clock AM EST, Siaka Ouattara completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 27, 2018         By:     /s/Kelley Tipton

                                 Name:   Kelley Tipton

                                 Title:  Certified Financial Counselor