United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-18485-elf
Siaka Ouattara                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 2              Date Rcvd: May 15, 2019
                               Form ID: 138NEW          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db         +Siaka Ouattara,   2224 Amber Street,   Philadelphia, PA 19125-2038
cr         +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13837110   +Cibik and Cataldo, P.C.,   437 Chestnut Street,   Suite 1000,   Philadelphia, PA 19106-2426
13865865   +Deutsche Bank National Trust Co.,   c/o Denise Carlon, Esq.,   KML Law Group PC,
             701 Market St., Ste. 5000,   Phila., PA 19106-1541
13849431    Deutsche Bank National Trust Co.,   c/o Mario J. Hanyon Esq.,
             Phelan Hallinan Diamond & Jones LLP,   1617 JFK Blvd., Ste. 1400,   One Penn Ctr. Plaza,
             Phila., PA 19103
13912236    Deutsche Bank National Trust Company, as, et al.,   c/o Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
13837114   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13837115   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13837117   +Infiniti Fin Svcs,   PO Box 742658,   Cincinnati, OH 45274-2658
13835676    Infiniti Financial Services,   P.O. Box 660366,   Dallas, TX  75266-0366
13837118   +MRS BPO,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
13837119   +Nmac,   PO Box 660360,   Dallas, TX 75266-0360
13837120   +Nudelman, Klemm, & Golub,   425 Eagle Rock Avenue,   Roseland, NJ 07068-1787
13837122   +Original New Hope Pizza, Inc,   10233 Dedeker Street,   Philadelphia, PA 19116-3770
13837123    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
14198779   +Santander Consumer USA Inc.,   c/o William E. Craig, Esquire,   Morton & Craig, LLC,
             110 Marter Ave.,   Suite 301,   Moorestown, NJ 08057-3125
13837126   +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   PO Box 636005,   Littleton, CO 80163-6005
13848111   +Specialized Loan Srv LLC,   c/o Brian C. Nicholas, Esq.,   KML Law Group P.C.,
             701 Market St., Ste. 5000,   Phila., PA 19106-1541
13837127   +Steven Laynas, Wsq.,   1818 MARKET STREET,   Suite 3620,   Philadelphia, PA 19103-3657
13837128   +Stock & Grimes,   804 West Avenue,   Jenkintown, PA 19046-2831
13837129   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
13872663   +U.S. Bank National Association, Trustee (See 410),   C/O Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:03     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:17     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13837108    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:07:21     Capital One Bank,
             c/o Tsys Debt Management,   PO Box 5155,   Norcross, GA 30091
13837111    E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:03     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13837109   +E-mail/Text: ecf@ccpclaw.com May 15 2019 08:17:19     Cibik and Cataldo, P.C.,
             1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102,   ccpc@ccpclaw.com 19102-3518
13928436   +E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:03
             City of Philadelphia Law Department, Tax Unit,   Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd, 5th Floor,   Philadelphia, Pennsylvania 19102-1640
13837112   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 15 2019 08:19:31
             Credit Collections Svc,   PO Box 773,   Needham, MA 02494-0918
13837116    E-mail/Text: cio.bncmail@irs.gov May 15 2019 08:17:30     Dept. of the Treasury,   I.R.S.,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
13912641    E-mail/Text: jennifer.chacon@spservicing.com May 15 2019 08:19:37
             Deutsche Bank National Trust Company, et al,   c/o Select Portfolio Servicing, Inc.,
             P.O. Box 65250,   Salt Lake City, UT 84165-0250
13837113    E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13837121   +Fax: 407-737-5634 May 15 2019 08:31:08     Ocwen Loan Servicing Llc,   Attn: Research Dept,
             1661 Worthintong Rd Ste 100,   West Palm Beach, FL 33409-6493
13837124    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:08:12
             Portfolio Recovery,   PO box 41067,   Norfolk, VA 23541
13869660   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:08:11
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13849943    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:06
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
13837125   +E-mail/Text: jennifer.chacon@spservicing.com May 15 2019 08:19:37
             Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 16
```

```
District/off: 0313-2              User: Randi                Page 2 of 2                 Date Rcvd: May 15, 2019
                                  Form ID: 138NEW            Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
13849944*     Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, asTrustee for
               Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
              JAMES P. SHAY    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al...
               james.shay@phelanhallinan.com
              JEREMY JOHN KOBESKI     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Siaka  Ouattara ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, asTrustee for Terwin
               Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                  TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Siaka Ouattara
        Debtor(s)                      Bankruptcy No: 16−18485−elf
                                                   Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                     For The Court
                                                          Timothy B. McGrath
                                                            Clerk of Court

Dated: 5/14/19

                                                                                             105 − 104
                                                                                        Form 138_new