United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Siaka Ouattara  
     Debtor

Case No. 16-18485-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Randi　　　Page 1 of 1　　　Date Rcvd: Jun 14, 2019  
　　　　　　　　　　　　　Form ID: 195　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db　　　　　　+Siaka Ouattara,　　2224 Amber Street,　　Philadelphia, PA 19125-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:

       BRIAN CRAIG NICHOLAS　　on behalf of Creditor　　U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com,　bkgroup@kmllawgroup.com  
       DENISE ELIZABETH CARLON　　on behalf of Creditor　　Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com  
       JAMES P. SHAY　　on behalf of Creditor　　Deutsche Bank National Trust Company, As Trustee Et Al... james.shay@phelanhallinan.com  
       JEREMY JOHN KOBESKI　　on behalf of Creditor　　Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com  
       JEROME B. BLANK　　on behalf of Creditor　　Deutsche Bank National Trust Company, As Trustee Et Al... paeb@fedphe.com  
       MARIO J. HANYON　　on behalf of Creditor　　DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. paeb@fedphe.com  
       MATTEO SAMUEL WEINER　　on behalf of Creditor　　Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 bkgroup@kmllawgroup.com  
       MICHAEL A. CATALDO2　　on behalf of Debtor Siaka　Ouattara ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2　　on behalf of Debtor Siaka　Ouattara ecf@ccpclaw.com,　igotnotices@ccpclaw.com  
       REBECCA ANN SOLARZ　　on behalf of Creditor　　Deutsche Bank National Trust Company, As Trustee Et Al... bkgroup@kmllawgroup.com  
       THOMAS I. PULEO　　on behalf of Creditor　　U.S. Bank National Association, asTrustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM EDWARD CRAIG　　on behalf of Creditor　　Santander Consumer USA Inc. ecfmail@mortoncraig.com,　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Siaka Ouattara                                          : Case No. 16−18485−elf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , June 14, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

109
Form 195